IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DERRICK SMITH, | § | |
| | § | No. 84, 2022 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | Court Below–Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID No. 1101020846 (N) |
| Appellee. | § | |

Submitted:  May 10, 2022
Decided:    July 18, 2022

Before **SEITZ**, Chief Justice; **VALIHURA** and **VAUGHN**, Justices.

## <u>ORDER</u>

After consideration of the appellant's opening brief, the State's motion to affirm, and the record on appeal, we conclude that the judgment below should be affirmed on the basis of and for the reasons cited by the Superior Court in its February 25, 2022 order summarily dismissing the appellant's fourth motion for postconviction relief.[1]

NOW, THEREFORE, IT IS ORDERED that the State's motion to affirm is GRANTED and the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*_____
Justice

---

[1] *State v. Smith*, 2022 WL 601865 (Del. Super. Ct. Feb. 25, 2022).